# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **KRISTAL PATRICIA LEONARD,** <br><br> **Defendant.** | CR 19-49-M-DLC <br><br><br> ORDER SETTING ARRAIGNMENT AND ISSUING SUMMONS |

Upon motion of the United States, and for good cause shown,

IT IS ORDERED that the Clerk shall prepare and issue a criminal summons for the Defendant to appear and answer to the Indictment on the 31st day of October at 1:30 p.m. in Missoula, Montana.

DATED this 21st day of October, 2019.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge