

FILED

JAN 0 9 2020

Clerk, U.S. District Court
District Of Montana
Missoula

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTAL PATRICIA LEONARD and JOHN MURRAY BARRY,<br><br>Defendants. | CR 19–49–M–DLC<br><br>ORDER |

Before the Court is Defendant Kristal Patricia Leonard's Motion in Limine seeking a pretrial ruling on Leonard's request to present a duress defense at trial and to receive a jury instruction on duress. (Doc. 47.) It also appears that Leonard requests a separate hearing on this motion. (*See* Doc. 47-1.) It is not clear whether the Government opposes this motion. Accordingly, Leonard's Motion will be denied without prejudice for failure to comply with Local Rules 7.1(c)(1), 7.1(c)(2), 7.1(c)(3)(B), and 7.1(d)(1)(A).

IT IS ORDERED that Leonard's Motion (Doc. 47) is DENIED without prejudice.

DATED this 9th day of January, 2020.

_____
Dana L. Christensen, Chief Judge
United States District Court