IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

MAR 26 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–49–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| KRISTAL PATRICIA LEONARD and JOHN MURRAY BARRY, | |
| Defendants. | |

Before the Court is the Government's Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 87.) Defendant Kristal Patricia Leonard entered into a plea agreement that provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. §§ 853(a)(1) and (2). Accordingly,

IT IS ORDERED that Defendant Leonard's interest in the following property be forfeited to the United States in accordance with 18 U.S.C. §§ 853(a)(1) and (2):

- $3,058.23 in U.S. Currency;
- $18,734.09 in U.S. Currency; and
- $614.97 in U.S. Currency.

IT IS FURTHER ORDERED that the Department of Homeland Security, the ATF, or a designated sub-custodian is directed to seize the property subject to forfeiture and to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General or Secretary of the Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 26th day of March, 2020.

Dana L. Christensen, District Judge
United States District Court