IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

JUN 2 3 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTAL PATRICIA LEONARD,<br><br>Defendants. | CR 19–49–M–DLC<br><br>ORDER |

Before the Court is the Government's Unopposed Motion for Final Order of Forfeiture. (Doc. 104.) Reviewing the motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2).

2. A preliminary order of forfeiture was entered on March 26, 2020. (Doc. 89.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 91.)

4. It appears there is cause to issue a forfeiture order for the money listed within this Order under 21 U.S.C. §§ 853(a)(1) and (2).

-1-

5. Pursuant to the plea agreement (Doc. 57), all other monies seized from the defendant not outlined within this Order are to be returned immediately to the defendant. Accordingly,

IT IS ORDERED that

1. The motion for final order of forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2), free from the claims of any other party, the following property:

- $3,058.23 in U.S. Currency;
- $18,734.09 in U.S. Currency; and
- $614.97 in U.S. Currency.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 23rd day of June, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court