IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTAL PATRICIA LEONARD,<br><br>Defendants. | CR 19–49–M–DLC<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Amend Final Order of Forfeiture. (Doc. 115.) Having reviewed the motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2).

2. A preliminary order of forfeiture was entered on March 26, 2020. (Doc. 89.)

3. Although parties were provided an opportunity to respond and publication was effected as required by 21 U.S.C. § 853(n)(1) (Doc. 91), direct notice was not sent to Glenn Leonard, minor children, or the business entities Appraisal Management Company LLC and FLR Enterprises LLC.

4. A petition for return of property was filed by Glenn Leonard on behalf of himself and other named Petitioners on July 7, 2020, requesting the return of five firearms and funds from seven bank accounts. (Doc. 114.)

5. A stipulation for settlement of Rule 41(g) petition was filed by the parties on July 15, 2020, which outlined a division of property agreement. (Doc. 115-1.)

6. It appears there is cause to issue a forfeiture order for the money specified to be forfeited by the Government, as outlined within this Order under 21 U.S.C. §§ 853(a)(1) and (2).

7. Pursuant to the stipulation for settlement of Rule 41(g) petition (Doc. 115-1), all other monies and items seized from the defendant not forfeitable to the Government are to be allocated as outlined in the stipulation. (*Id.*) Accordingly,

IT IS ORDERED that:

1. The United States' Motion (Doc. 115) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2), free from the claims of any other party, the following property:

- $3,058.23 in U.S. Currency;
- $555.42 in U.S. Currency; and
- $700.00 in U.S. Currency.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

IT IS FURTHER ORDERED that Motion for Return of Property/Post Trial (Doc. 114) is DENIED as moot.

DATED this 16th day of July, 2020.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court